184

UNITED STATES
v.
MARCUS JULIUS CICERO

1809

JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . . . *Journal, infra, *p. 245

PAPERS IN FILE

[None]


UNITED STATES
v.
WILLIAM PITT

1809

JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . . . *Journal, infra, *p. 245

PAPERS IN FILE

[None]